```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                     :
LYNNE RAPPING,
                                     :
              Plaintiff,        **ORDER**
                                     :
     - against -                   08 Civ. 8448 (DC)
                                     :
COMMISSIONER OF SOCIAL SECURITY,
                                     :
              Defendant.
                                     :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        Defendant shall move for judgment on the pleadings by May 1, 2009.  Plaintiff shall serve her opposition papers by May 29, 2009.  Defendant shall serve its reply, if any, by June 15, 2009.

        All originals shall be filed with the Clerk of the Court.

        Plaintiff is advised that if she fails to serve and file her opposition papers by May 29, 2009, defendant's motion will either be granted on default or decided without the benefit of plaintiff's input.

        SO ORDERED.

Date:    New York, New York
         April 6, 2009

                                                   DENNY CHIN
                                          United States District Judge